UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mechanix Wear LLC,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>Dan Branson; Performance Fabrics Incorporated dba HexArmor,<br><br>　　　　Defendants. | CASE NO. 2:24-cv-03090-RGK_AJRx<br><br>[PROPOSED] ORDER GRANTING STIPULATED PRELIMINARY INJUNCTION [35]<br><br>Judge:　　Hon. R. Gary Klausner<br>Courtroom:　850<br><br>Complaint Filed: April 15, 2024 |

1

[PROPOSED] ORDER GRANTING STIPULATED PRELIMINARY INJUNCTION

# [PROPOSED] ORDER

For good cause shown, the Court hereby enters as an Order of this Court, the STIPULATED PRELIMINARY INJUNCTION filed by the Parties on May 20, 2024:

Defendant Dan Branson (and anyone acting on his behalf who is on notice of this Stipulation and Proposed Order) is hereby restrained and enjoined as follows:

1. Branson shall be enjoined from knowingly possessing, using, or disclosing any of Mechanix's trade secrets or confidential information, or any other property of Mechanix, and shall certify in writing the same. For the avoidance of doubt, "knowingly" shall mean Branson actually knew, should have known if he acted with reasonable care or diligence, or would have had no substantial doubt had he been acting in good faith.[1]

2. Should Branson discover that he possesses Mechanix's trade secrets or confidential information, or any other property of Mechanix, he will promptly notify Mechanix of the discovery and will not destroy, alter, transmit, or move any documents, in whatever form, that may contain or reflect any of Mechanix's trade secrets or confidential information, or any other property of Mechanix, other than to provide Mechanix access to the information for a forensic examination and to return the information to Mechanix.

3. Should Mechanix reasonably believe that its trade secrets or confidential information is located on any personal or work email, servers, hard drives, computer(s), mobile devices, PDAs, USB drives, solid state drives, flash drives, cloud storage locations or other electronic equipment or databases maintained by Branson including any hosted equipment (a "Personal Device or Account") that Mr. Branson has not

---

[1] The parties acknowledge that Branson has already provided a mutually agreed upon neutral forensic computer expert with his usernames and passwords to requested personal cloud accounts and has turned over possession of his personal laptop for forensic examination.

provided for an inspection by a neutral forensic expert mutually agreed upon by the parties, upon notice by Mechanix and upon receiving notice of such request, Mr. Branson shall make no changes to the Personal Device or Account and shall provide the Personal Device or Account to the mutually agreed forensic expert for inspection within seven days.

    4.    No security will be required in this matter.

**IT IS SO ORDERED.**

DATED: May **20** 2024

_____
The Honorable R. Gary Klausner
UNITED STATES DISTRICT JUDGE